**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ROBERT GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-00060 |
| | § | |
| LIEUTENANT HINOJOSA, *et al,* | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Defendant Humberto Hinojosa's ("Hinojosa") Motion for Summary Judgment, Dkt. No. 30; the Magistrate Judge's February 4, 2019 Memorandum and Recommendation ("February 4, 2019 M&R") to grant Hinojosa's motion for summary judgment, Dkt. No. 31; Plaintiff's Written Objection and Motion to Voluntarily Dismiss Actions, Dkt. No. 32; Hinojosa's Objection to Garcia's Motion for Voluntary Dismissal, Dkt. No. 33; and the Magistrate Judge's February 22, 2019 Memorandum and Recommendation ("February 22, 2019 M&R") to Deny Plaintiff's Motion to Voluntarily Dismiss Action, Dkt. No. 34. No party has filed objections to the February 22, 2019 M&R, and the time to file objections has passed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections).

After independently reviewing the record and applicable law, the Court **ADOPTS** the February 4, 2019 M&R, Dkt. No. 31. The Court **GRANTS** Hinojosa's motion for summary judgment, Dkt. No. 30, and **DISMISSES** the above-captioned case. The February 22, 2019 M&R is therefore **MOOT**.

Final judgment will be entered separately.

SIGNED this 29th day of May 2019.

_____
Hilda Tagle
Senior United States District Judge